UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

| | |
|---|---|
| LARRY ROGERS,<br><br>          Plaintiff,<br><br>     v.<br><br>GC SERVICES, LP,,<br><br>          Defendant. | Civil Action No.: 1:15-cv-00335-HSO-JCG |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Larry Rogers, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Date: October 23, 2015                              RESPECTFULLY SUBMITTED,

                                                    By: /s/ Shireen Hormozdi
                                                    Shireen Hormozdi
                                                    Krohn & Moss, Ltd
                                                    10474 Santa Monica Blvd. Suite 405
                                                    Los Angeles, CA 90025
                                                    Tel: (323) 988-2400 x 267
                                                    Fax: (866) 861-1390
                                                    Email: shormozdi@consumerlawcenter.com
                                                    Mississippi Bar No. 103799

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
