**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| LARRY ROGERS, | |
|        Plaintiff, | |
| | Civil Action No.: 1:15-cv-00335-HSO-JCG |
|   v. | |
| GC SERVICES, LP, | |
|        Defendant. | |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

    LARRY ROGERS (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP (Defendant), in this case.

Date: November 25, 2015

RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd. Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 861-1390
Email: shormozdi@consumerlawcenter.com
Mississippi Bar No. 103799

VOLUNTARY DISMISSAL

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 25, 2015, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all

parties by way of the Court's CM/ECF System

<u>/s/ Shireen Hormozdi</u>
Shireen Hormozdi
Attorney for Plaintiff